In the Matter of the Judicial Settlement of the Account of Proceedings of F. IRVING WALSH and Another, as Executors, etc., of ELIZABETH VAN BUREN WHITE, Deceased.— Decree of the Surrogate's Court of Westchester county unanimously affirmed upon the opinion of the surrogate [Reported in 125 Misc. 901], with costs, payable out of the estate, to each party appearing and filing a brief in this court. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN GRACY, Appellant, v. WILLIAM R. STROHSON, Sheriff of the County of Nassau, and Another, Respondents.— Order dismissing writ of habeas corpus and remanding the relator affirmed upon the opinion of Mr. Justice Hagarty at Special Term. [Reported in 127 Misc. 199.] Kelly, P. J., Rich, Jaycox and Kapper, JJ., concur; Manning, J., dissents.

---

* See 1 Colonial Laws of New York (Comp. Stat. Rev. Comm.), 226, chap. 4. See, also, Id. 125, chap. 7, passed November 1, 1683, entitled "An Act to settle Courts of Justice.— [REP.

† See Greater New York Charter (Laws of 1901, chap. 466) § 256, as amd. by Laws of 1917, chap. 602.— [REP.